IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| OZIEL LERMA-CRUZ, | § | |
|     Petitioner, | § | |
| | § | CIVIL NO. B-17-053 |
| V. | § | (CRIMINAL NO. B-13-357-1) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

# ORDER

On June 8, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 6]. Petitioner has objected [Doc. No. 9] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Petitioner Oziel Lerma-Cruz's Motion to Vacate, Set Aside or Correct his Sentence, pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless, and the issuance of a Certificate of Appealability is denied.

Signed this 16th day of August, 2017.

_____
Andrew S. Hanen
United States District Judge